# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD COSTANZO, )<br>THERESA COSTANZO, )<br>JANNA WASKO, and )<br>MICHAEL WASKO, )<br>)<br>Defendants. ) | 8:10CR146<br><br>ORDER |

This matter is before the court on the motions of Michael Wasko (Filing No. 121) and Janna Wasko (Filing No. 122) for modification of their release orders to permit them to possess long barreled hunting rifles for participating in this year's deer hunting season. After review of their adherence to the existing conditions of release, the court finds the motions (Filing Nos. 121 and 122) should be and are granted.

**IT IS SO ORDERED.**

DATED this 12th day of November, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge